KIMBERLY A. SANCHEZ
Acting United States Attorney
R. ALEX CÁRDENAS
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America



**FILED**
Jul 17, 2025
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SEALED**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>     v.<br><br>SONNY NOLAN,<br><br>              Defendant. | CASE NO. 2:25-cr-0166 DJC<br><br>18 U.S.C. § 922(a)(1)(A) – Unlawful Dealing in Firearms; 18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm; 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c) – Criminal Forfeiture |

I N D I C T M E N T

COUNT ONE: [18 U.S.C. § 922(a)(1)(A) – Unlawful Dealing in Firearms]

    The Grand Jury charges: T H A T

                  SONNY NOLAN,

defendant herein, beginning at a time unknown but no later than on or about February 13, 2025, and continuing to on or about April 16, 2025, in the County of Stanislaus, State and Eastern District of California, not being a licensed dealer of firearms, as described in Title 18, United States Code, Section 923, did willfully engage in the business of dealing in firearms, in violation of Title 18, United States Code, Section 922(a)(1)(A).

///

///

///

COUNT TWO: [18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm]

The Grand Jury further charges: T H A T

SONNY NOLAN,

defendant herein, on or about March 19, 2025, in the County of Stanislaus, State and Eastern District of California, knowing that he had been convicted of a crime punishable by a term of imprisonment exceeding one year, specifically:

(1) Burglary: First Degree, in violation of California Penal Code Section 459, on or about May 17, 2017, in Stanislaus County, California;

(2) Possess Stolen Vehicle/Vessel/Etc., in violation of California Penal Code Section 496(A), on or about June 2, 2018, in Stanislaus County, California; and

(3) Felon/Addict Poss/Etc. Firearm, in violation of California Penal Code Section 29800(A)(1), on or about January 31, 2023, in Stanislaus County, California;

did knowingly possess a firearm, specifically a Smith and Wesson, Model M&P15, bearing serial number TR74346, in and affecting commerce, in that said ammunition had previously been transported in interstate and foreign commerce, in violation of Title 18, United States Code, Section 922(g)(1).

FORFEITURE ALLEGATION: [18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c) – Criminal Forfeiture]

1. Upon conviction of one or more of the offenses alleged in Counts One and Two of this Indictment, defendant SONNY NOLAN shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in the knowing or willful commission of the offenses.

2. If any property subject to forfeiture, as a result of the offenses alleged in Counts One and Two of this Indictment, for which defendant is convicted:

   a. cannot be located upon the exercise of due diligence;
   b. has been transferred or sold to, or deposited with, a third party;
   c. has been placed beyond the jurisdiction of the Court;
   d. has been substantially diminished in value; or
   e. has been commingled with other property which cannot be divided without difficulty;

1  it is the intent of the United States, pursuant to Title 28, United States Code, Section 2461(c), as
2  incorporated by Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of
3  defendant, up to the value of the property subject to forfeiture.

A TRUE BILL.

/s/ Signature on file w/AUSA

_____
FOREPERSON

EAUSA

_____
KIMBERLY A. SANCHEZ
Acting United States Attorney

INDICTMENT

3

No. _ _ _ _ _ _ _ _ _

## UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

THE UNITED STATES OF AMERICA
*vs.*

SONNY NOLAN

### INDICTMENT

**VIOLATION(S):**  18 U.S.C. § 922(a)(1)(A) – Unlawful Dealing in Firearms
18 U.S.C. § 922(g)(1) – Felon in Possession of Firearm
18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c) – Criminal Forfeiture

*A true bill,*     /s/ Signature on file w/AUSA

─────────────────────────
*Foreman.*

*Filed in open court this* __17th__ _day_

*of* __July__ , *A.D.* 2025

/s/ J. Murphy
─────────────────────────
*Clerk.*

Bail, $ **No Bail Warrant Pending Hearing**

─────────────────────────
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

GPO 863 525

## United States v. Sonny Nolan
### Penalties for Indictment

**COUNT 1:**

VIOLATION:       18 U.S.C. § 922(a)(1)(A) – Unlawful Dealing and Manufacturing Firearms

PENALTIES:       Imprisonment of up to 5 years; or
Fine of up to $250,000; or both fine and imprisonment
Supervised release of up to 3 years

SPECIAL ASSESSMENT: $100 (mandatory)

**COUNT 2:**

VIOLATION:       18 U.S.C. § 922(g)(1) - Felon in possession of firearm

PENALTIES:       Maximum of 15 years in prison; or
Fine of up to $250,000; or both fine and imprisonment;
Up to a three-year term of supervised release

SPECIAL ASSESSMENT: $100 (mandatory)

**FORFEITURE ALLEGATION:**

VIOLATION:       18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c) - Criminal Forfeiture

PENALTIES:       As stated in the charging document