| | |
|---|---|
| 1 | KIMBERLY A. SANCHEZ<br>Acting United States Attorney |
| 2 | R. ALEX CÁRDENAS<br>Assistant United States Attorney |
| 3 | 501 I Street, Suite 10-100<br>Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2700<br>Facsimile:  (916) 554-2900 |
| 5 | |
| 6 | Attorneys for Plaintiff<br>United States of America |

**FILED**
Jul 17, 2025
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SEALED**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

              Plaintiff,

v.

SONNY NOLAN

              Defendant.

CASE NO. 2:25-cr-0166 DJC

[PROPOSED] SEALING ORDER

**UNDER SEAL**

### SEALING ORDER

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the indictment, the United States' petition to seal, and the Order to Seal in the above captioned matter shall be filed under seal and shall not be disclosed to any person, unless otherwise ordered by the Court.

Dated:  July 17, 2025

_____
HONORABLE CHI SOO KIIM
U.S. MAGISTRATE JUDGE