UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
July 29, 2025
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SONNY NOLAN<br><br>Defendant. | Case No.  2:25-cr-0166 DJC<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release Sonny Nolan Case No. 2:25-cr-0166 DJC  Charges 18 USC § 922(a)(1)(A) from custody for the following reasons:

    \_\_\_\_\_   Release on Personal Recognizance

    \_\_\_\_\_   Bail Posted in the Sum of $ _____

      X      Unsecured Appearance Bond $  75,000

    \_\_\_\_\_   Appearance Bond with 10% Deposit

    \_\_\_\_\_   Appearance Bond with Surety

    \_\_\_\_\_   Corporate Surety Bail Bond

      x      (Other): The Defendant's release is DELAYED until 7/30/2025 at 9:00 AM.

Issued at Sacramento, California on July 29, 2025 at 2:25 PM


By:   /s/ Carolyn K. Delaney

Chief Magistrate Judge Carolyn K. Delaney