Kyle R. Knapp, SBN 166597
Attorney at Law
916 2nd Street
2nd Floor
Sacramento, CA 916814
916-441-4717
Fax:916-441-4299
kyleknapp@sbcglobal.net

Attorney for Defendant
Sonny Nolan

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SONNY NOLAN,<br><br>Defendant. | Case No. 25-CR-166-DJC<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME**<br><br>Date:  October 23, 2025<br>Time: 9 a.m.<br>Judge: Hon. Daniel J. Calabretta |

IT IS HEREBY STIPULATED and agreed by and between United States Attorney Eric Grant, through Assistant United States Attorney Alex Cardenas, counsel for Plaintiff and Kyle Knapp, counsel for SONNY NOLAN, that the status hearing currently set for October 23, 2025, at 9:00am be continued to December 4, 2025 at 9:00 a.m.

The parties specifically stipulate as follows:

1. By previous order, this matter was set for a status on October 23, 2025, at 9:00 a.m.

2. The Court granted defense counsel's substitution pleading on October 3, 2025.

3. I sought discovery and related documents on the case and received them from the government last week. I have not yet met with my client in person.

4. Respectfully, I need more time to review the initial discovery, research potential motions, explore potential resolution and most importantly, meet with my client to be able to meaningfully discuss the appropriate schedule for handling this case.

5. Mr. Nolan believes that failure to grant the requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

6. The government does not object to the continuance.

7. For the purpose of computing time under 18 U.S.C. § 3161 *et seq.* (Speedy Trial Act), the parties request that the time period between October 23, 2025 and December 4, 2025, inclusive, be deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) (Local Code T4), because it would result from a continuance granted by the Court at the defense's request, based on a finding that the ends of justice served by granting the continuance outweighs the best interest of the public, Mr. Nolan in a speedy trial.

Respectfully submitted,

Date: October 20, 2025

*/s/ Kyle Knapp*
Kyle Knapp
Attorney for Mr. Nolan

Date: October 20, 2025

ERIC GRANT
United States Attorney

*/s/ Alex Cardenas*
Alex Cardenas
Assistant United States Attorney
Attorneys for Plaintiff

**O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

Dated:  October 20, 2025                           /s/ Daniel J. Calabretta
                                                                    THE HONORABLE DANIEL J. CALABRETTA
                                                                    UNITED STATES DISTRICT JUDGE

Stipulation and Order to Continue Status
Conference and Exclude Time                        -3-                        *United States v Nolan.*
                                                                                            25-CR-166-DJC