KYLE R. KNAPP (SBN 166597)
ATTORNEY AT LAW
916 2nd Street, 2nd Floor
Sacramento, CA. 95814
Tel. (916) 441-4717
Fax (916) 441-4299
E-Mail: kyleknapp@sbcglobal.net

Attorney for Defendant
SONNY NOLAN

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 25-CR-00166-DJC |
| Plaintiff, | [PROPOSED] ORDER REGARDING AMENDING DEFENDANT'S SPECIAL CONDITIONS OF RELEASE |
| v. | |
| SONNY NOLAN., | Date: |
| Defendant. | Time: . |
| | Judge:  Honorable Jeremy D. Peterson |

Defendant, Sonny Nolan, seeks to amend the Court's previously issued Pretrial Release order issued by the Honorable Carolyn Delaney on July 29, 2025. Since his release, Mr. Nolan has been compliant with his conditions of pretrial release.  Mr. Nolan's pretrial services officer Lorena Gallagher contacted counsel and asked counsel to prepare a stipulation modifying existing condition 12.-Home Incarceration to:

Home Detention: You must remain inside your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court ordered obligations; or other essential activities pre-approved by the pretrial services officer. Essential activities include haircuts, DMV appointments, banking needs, or other activities that cannot be completed by another person on your behalf.

The request is based on Mr. Nolan's compliance with all conditions of release including location monitoring since his release.  He also wishes to do community service and seek gainful employment while the case is pending.

The prayer is that condition 12 be modified.  Modified conditions of release are attached to this pleading as exhibit A.  One of the three sureties needs to be removed.  The defendant and the remaining two sureties have been notified, been advised and have signed new paperwork, consenting to dropping the third individual from the unsecured bond.

Assistant United States Attorney Alex Cardenas, does not oppose the modification Condition 12 of the Release Conditions.  He also supports removing the third individual from the unsecured bond package.

IT IS HEREBY stipulated between the United States of America thought its undersigned counsel, Alex Cardenas, Assistant United States Attorney, attorney for plaintiff and Kyle Knapp, attorney for defendant Sonny Nolan, that his Amended Special Conditions of Release as detailed in Exhibit A be adopted.  Also, that the third surety be dropped and the third-party custodian, Kayla Wheeler and Ronica Rackley remain as sureties.

All other terms and conditions and release will remain the same.


Dated:  November 25, 2025                    /s/ Kyle Knapp_____
                                             KYLE KNAPP
                                             Attorney for Defendant
                                             SONNY NOLAN


Dated: November 25, 2025                     ERIC GRANT
                                             UNITED STATES ATTORNEY

                                             By:     /s/Alex Cardenas
                                                     Alex Cardenas
                                                     Assistant U.S. Attorney
                                                     Attorney for Plaintiff

[PROPOSED] **ORDER**

The Stipulation of the parties is hereby accepted, and the Amended Special Conditions of Release for Mr. Nolan attached as "Exhibit A" are hereby adopted.  Also, it is hereby ordered that the third surety be removed and Kayla Wheeler and Ronica Rackley remain on the bond.

**IT IS SO ORDERED**.

Dated:  November 26, 2025

HON.  JEREMY D. PETERSON
United States Magistrate

Ex. A

**AMENDED SPECIAL CONDITIONS OF RELEASE**

Re: Sonny Nolan
No.: 2:25-CR-00166-DJC
Date: November 25, 2025

1.  You must report to and comply with the rules and regulations of the Pretrial Services Agency;

2.  You must reside at a location approved by the pretrial services officer and not move or absent yourself from this residence for more than 24 hours without the prior approval of the pretrial services officer;

3.  You must cooperate in the collection of a DNA sample;

4.  You must restrict your travel to the Eastern District of California, unless otherwise approved in advance by the pretrial services officer;

5.  You must not apply for or obtain a passport or any other travel documents during the pendency of this case;

6.  You must not possess, have in your residence, or have access to a firearm/ammunition, destructive device, or other dangerous weapon; additionally, you must provide written proof of divestment of all firearms/ammunition currently under your control;

7.  You must refrain from excessive use of alcohol;

8.  You must not use or possess any narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you must notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana prescribed and/or recommended may not be used.

9.  You must submit to drug and/or alcohol testing. You must pay all or part of the costs of the testing services based upon your ability to pay, as determined by the pretrial services officer. You must not tamper, obstruct, or attempt to tamper or obstruct the efficiency and accuracy of the drug screening/testing;

10. You must report any contact with law enforcement to your pretrial services officer within 24 hours;

11. You must participate in the following location monitoring program component and abide by all the requirements of the program, which will include having a location monitoring unit installed in your residence and a radio frequency transmitter device attached to your person. You must comply with all instructions for the use and

operation of said devices as given to you by the Pretrial Services Agency and employees of the monitoring company. You must pay all or part of the costs of the program based upon your ability to pay, as determined by the pretrial services officer;

12. **HOME DETENTION: You must remain inside your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court ordered obligations; or other essential activities pre-approved by the pretrial services officer. Essential activities include haircuts, DMV appointments, banking needs, or other activities that cannot be completed by another person on your behalf.**

13. Your release on bond will be delayed until Wednesday, July 30, 2025, at 9:00 am, at which time you must report immediately to the U.S. Pretrial Services Agency, located at 501 I Street, Suite 2- 400, Sacramento, California, for the installation of the location monitoring equipment;

14. You must participate in a cognitive behavioral therapy program as directed by the pretrial services officer. Such programs may include group sessions led by a counselor or participation in a program administered by the Pretrial Services Agency;

15. Upon completion of the cognitive behavioral therapy program, you must participate in the Better Choices court program and comply with all the rules and regulations of the program. You must remain in the program until released by a pretrial services officer. In accordance with this condition, you must appear before the Honorable Jeremy D. Peterson, as directed by the pretrial services officer; and

16. You must have no contact with any known gang members or associates of the East Side Airport Crew (ESAPT), the "Peckerwoods," or "Sureno" gangs.