Kyle R. Knapp, SBN 166597
Attorney at Law
916 2nd Street
2nd Floor
Sacramento, CA 916814
916-441-4717
Fax:916-441-4299
kyleknapp@sbcglobal.net

Attorney for Defendant
Sonny Nolan

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.  25-CR-166-DJC |
| | ) |
| Plaintiff, | ) **STIPULATION AND ORDER TO CONTINUE** |
| | ) **STATUS CONFERENCE AND EXCLUDE TIME** |
| vs. | ) |
| | ) Date:   January 15, 2026 |
| SONNY NOLAN, | ) Time:  9 a.m. |
| | ) Judge: Hon. Daniel J. Calabretta |
| Defendant. | ) |
| | ) |

IT IS HEREBY STIPULATED and agreed by and between United States Attorney Eric Grant, through Assistant United States Attorney Alex Cardenas, counsel for Plaintiff and Kyle Knapp, counsel for SONNY NOLAN, that the status hearing currently set for January 15, 2026, at 9:00am be continued to March 5, 2026 at 9:00 a.m.

The parties specifically stipulate as follows:

1.    By previous order, this matter was set for a status on January 15, 2026, at 9:00 a.m.

2.    The Court granted defense counsel's substitution pleading on October 3, 2025.

3.    I sought discovery and related documents on the case and received them from the government in October.  Mr. Nolan has had transportation issues and has been on home detention so we have had minimal opportunities to review the relevant videos and discovery.

4.    I have spoken with Alex Cardenas and I anticipate getting an initial plea

Stipulation and Order to Continue  Status           -1-                    *United States v Nolan.*
Conference and Exclude Time                                              25-CR-166-DJC

agreement sometime in the next several weeks.

5.  Respectfully, I need more time to review the video discovery with my client, research potential motions, explore potential resolution and most importantly, meet again with my client to be able to meaningfully discuss the appropriate methodology for handling this case.

6.  Mr. Nolan believes that failure to grant the requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

7.  The government does not object to the continuance.

8.  For the purpose of computing time under 18 U.S.C. § 3161 *et seq.* (Speedy Trial Act), the parties request that the time period between January 15, 2026 and March 5, 2026, inclusive, be deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) (Local Code T4), because it would result from a continuance granted by the Court at the defense's request, based on a finding that the ends of justice served by granting the continuance outweighs the best interest of the public, Mr. Nolan in a speedy trial.

                                        Respectfully submitted,

Date: January 9, 2026              */s/  Kyle Knapp*
                                   Kyle Knapp
                                   Attorney for Mr. Nolan


Date: January 9, 2026              ERIC GRANT
                                   United States Attorney

                                   */s/ Alex Cardenas*
                                   Alex Cardenas
                                   Assistant United States Attorney
                                   Attorneys for Plaintiff

Stipulation and Order to Continue  Status
Conference and Exclude Time                    -2-                    *United States v Nolan.*
                                                                     25-CR-166-DJC

**O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

Dated:  January 12, 2026                    /s/ Daniel J. Calabretta
                                            THE HONORABLE DANIEL J. CALABRETTA
                                            UNITED STATES DISTRICT JUDGE