KYLE R. KNAPP (SBN 166597)
ATTORNEY AT LAW
916 2nd Street, 2nd Floor
Sacramento, CA. 95814
Tel. (916) 441-4717
Fax (916) 441-4299
E-Mail:  kyleknapp@sbcglobal.net

Attorney for Defendant
SONNY NOLAN

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>SONNY NOLAN.,<br><br>　　　　Defendant. | No. 25-CR-00166-DJC<br><br>[PROPOSED] ORDER REGARDING AMENDING DEFENDANT'S SPECIAL CONDITIONS OF RELEASE<br><br>Date:<br>Time:<br>Judge:  Honorable Jeremy D. Peterson |

Defendant, Sonny Nolan, seeks to amend the Court's previously issued Pretrial Release order (ECF document 23) issued by the Honorable Jeremy D. Peterson on November 26, 2025. Condition 11 currently requires Mr. Nolan to participate in location monitoring and Condition 12 requires he be subject to home detention.   The parties hereby stipulate that Condition 12 be modified to include a curfew so that it states:

12. Curfew: "You must remain inside your residence every day from 9:00 pm to 6:00am, or as adjusted by the pretrial services officer for medical, religious services, employment or court-ordered obligations."

Pretrial services has been notified of this modification and has no objection.

1

Dated:  February 18, 2026

/s/ Kyle Knapp
KYLE KNAPP
Attorney for Defendant
SONNY NOLAN

Dated: February 18, 2026

ERIC GRANT
UNITED STATES ATTORNEY

By:    /s/Jason Hitt
Jason Hitt
Assistant U.S. Attorney
Attorney for Plaintiff

"I am aware of the modification to the defendant's conditions of release and agree to continue to serve as a surety."

_____
Kayla Wheeler
Surety

"I am aware of the modification to the defendant's conditions of release and agree to continue to serve as a surety."

_____
Ronica Rackley
Surety

2

**[PROPOSED] ORDER**

**GOOD CAUSE APPEARING AND HAVING BEEN SHOWN, IT IS SO**

**ORDERED.**

The Court hereby orders that Condition 12 of Mr. Nolan's conditions of release now read; "12. Curfew: "You must remain inside your residence every day from 9:00 pm to 6:00am, or as adjusted by the pretrial services officer for medical, religious services, employment or court-ordered obligations.""

All other terms of Mr. Nolan's pretrial release remain in effect for Mr. Nolan.

Dated: February 19, 2026

_____
HON.  JEREMY D. PETERSON
United States Magistrate