Kyle R. Knapp, SBN 166597
Attorney at Law
916 2nd Street
2nd Floor
Sacramento, CA 916814
916-441-4717
Fax:916-441-4299
kyleknapp@sbcglobal.net

Attorney for Defendant
Sonny Nolan

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.  25-CR-166-DJC |
| | ) |
| Plaintiff, | ) **STIPULATION AND ORDER TO CONTINUE** |
| | ) **STATUS CONFERENCE AND EXCLUDE TIME** |
| vs. | ) |
| | ) Date:  March 5, 2026 |
| SONNY NOLAN, | ) Time: 9 a.m. |
| | ) Judge: Hon. Daniel J. Calabretta |
| Defendant. | ) |
| | ) |

IT IS HEREBY STIPULATED and agreed by and between United States Attorney Eric Grant, through Assistant United States Attorney Alex Cardenas, counsel for Plaintiff and Kyle Knapp, counsel for SONNY NOLAN, that the status hearing currently set for March 5, 2026, at 9:00 a.m. be continued to May 7, 2026, at 9:00 a.m.

The parties specifically stipulate as follows:

1.      By previous order, this matter was set for a status on March 5, 2026, at 9:00 a.m.

2.      The Court granted defense counsel's substitution pleading on October 3, 2025.

3.      I sought discovery and related documents on the case and received them from the government.  There are hours of videos that need to be fully reviewed with my client.

4.      A plea agreement was sent to me on February 19, 2026, and I need a little more time to finalize review of the discovery, research potential motions, explore potential resolution and most importantly, meet with my client to be able to

Stipulation and Order to Continue  Status
Conference and Exclude Time

-1-

*United States v Nolan.*
25-CR-166-DJC

meaningfully discuss the appropriate timeline for handling this case.

5. Mr. Nolan believes that failure to grant the requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

6. The government does not object to the continuance.

7. For the purpose of computing time under 18 U.S.C. § 3161 *et seq.* (Speedy Trial Act), the parties request that the time period between March 5, 2026 and May 7, 2026, inclusive, be deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) (Local Code T4), because it would result from a continuance granted by the Court at the defense's request, based on a finding that the ends of justice served by granting the continuance outweighs the best interest of the public, Mr. Nolan in a speedy trial.

Respectfully submitted,

Date: February 26, 2026

*/s/ Kyle Knapp*
Kyle Knapp
Attorney for Mr. Nolan

Date: February 26, 2026

ERIC GRANT
United States Attorney

*/s/Jason Hitt*
Jason Hitt
Assistant United States Attorney
Attorneys for Plaintiff

# **O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.


Dated:  February 27, 2026              /s/ Daniel J. Calabretta
                                       _____
                                       THE HONORABLE DANIEL J. CALABRETTA
                                       UNITED STATES DISTRICT JUDGE