KYLE R. KNAPP (SBN 166597)
ATTORNEY AT LAW
916 2nd Street, 2nd Floor
Sacramento, CA. 95814
Tel. (916) 441-4717
Fax (916) 441-4299
E-Mail:  kyleknapp@sbcglobal.net

Attorney for Defendant
SONNY NOLAN

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 25-CR-00166-DJC |
| Plaintiff, | |
| v. | STIPULATION AND ORDER REGARDING AMENDING DEFENDANT'S SPECIAL CONDITIONS OF RELEASE |
| SONNY NOLAN., | |
| Defendant. | |

Defendant, Sonny Nolan, seeks to amend the Court's previously issued Pretrial Release order (ECF document 29) issued by the Honorable Jeremy D. Peterson on February 20, 2026. Condition 13 has been added to allow pretrial discretion to modify Mr. Nolan's curfew for the sole purpose of attending the birth of his child.  The parties hereby stipulate that Condition 13 be added to his existing conditions as follows: "Pretrial Services will have discretion to modify the defendant's curfew for the sole purpose of him being present for the birth of his child."

The government and pretrial services have no objection to this proposed modification.

//

//

Dated:  June 25, 2026

/s/ Kyle Knapp
KYLE KNAPP
Attorney for Defendant
SONNY NOLAN

Dated: June 25, 2026

ERIC GRANT
UNITED STATES ATTORNEY

By:     /s/Jason Hitt
Jason Hitt
Assistant U.S. Attorney
Attorney for Plaintiff

**ORDER**

**GOOD CAUSE APPEARING AND HAVING BEEN SHOWN, IT IS SO ORDERED.**

The Court hereby orders that Condition 13: "Pretrial Services will have discretion to modify the defendant's curfew for the sole purpose of him being present for the birth of his child," be added to his conditions of release.

All other terms of Mr. Nolan's pretrial release remain in effect for Mr. Nolan.

Dated:  June 25, 2026

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE