**KYLE R. KNAPP**
**Attorney at Law**
California State Bar No. 166597
916 2nd Street, 2nd Floor
Sacramento, CA 95814
Telephone:(916) 441-4717

Attorney for Sonny Nolan

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>SONNY NOLAN,<br>Defendant. | ) | CASE NO: 2:25-CR-00166-DJC<br><br>STIPULATION AND ORDER TO SET NEW JUDGMENT AND SENTENCING DATE & NEW DISCLOSURE SCHEDULE<br><br>DATE: November 10, 2026<br>Time: 9:00 am<br>COURT: Hon. Daniel J. Calabretta |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Jason Hitt, Assistant United States Attorney, attorney and Kyle Knapp, attorney for defendant, SONNY NOLAN, that the previously scheduled judgment and sentencing date of December 10, 2026, be vacated and the matter set for judgment and sentencing on December 17, 2026, at 9:00am.

This continuance is requested to finalize all sentencing mitigation. The probation interview was recently completed and counsel needs a bit more time to follow up on some background materials. I have contacted Mr. Hitt via email and Mr. Besabe from probation and neither have an objection with a continuance and the new sentencing date.

In light of the above request, the following revised sentencing schedule is requested: Judgment and Sentencing – December 17, 2026; Reply or Statement of Non-Opposition to Motion to Correct PSR - December 10, 2026; Motion to Correct PSR due December 3, 2026; Final Presentence Report due

November 30, 2026 (because of Thanksgiving holiday), Informal Objections due November 19, 2026 and the Draft Presentence Report has been received.

Dated: November 10, 2026

Respectfully submitted.

/s/ Kyle R. Knapp
Kyle R. Knapp
Attorney for Defendant Sonny Nolan

Dated: November 10, 2026

Respectfully submitted,

/s/ Jason Hitt
Jason Hitt
Assistant U.S. Attorney
Attorney for Plaintiff

IT IS SO ORDERED.

Dated: November 10, 2026

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE